In the Matter of the Application for Appointment of a Committee of the Property of WILLIAM K. RYAN, an Alleged Incompetent Person. JOSEPH B. RYAN, Respondent; WILLIAM K. RYAN, Appellant, Appearing Specially.— Order unanimously affirmed, with twenty dollars costs and disbursements to the petitioner-respondent, Joseph B. Ryan. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [180 Misc. 478.] [See *post*, p. 902.]

BENJAMIN MOAK et al., Copartners Doing Business as MAIN DRESS COMPANY, Appellants, v. IRVING WEBER et al., Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to modify by denying the motion as to the individual defendants who did not execute any contract to arbitrate. [See *post*, p. 902.]

GLADYS LIEBERMAN, Respondent, v. MAURICE B. LIEBERMAN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to modify by striking out the provision for a $5,000 bond. [See *post*, p. 889.]

ALFRED ALTMAN, Respondent, v. ANTOINE GAZDA, Appellant, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NICHOLAS JULIANO, Respondent, v. ISAAC E. BERKELHAMMER, Appellant, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. Bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ERNEST REICH, Respondent, v. GRISWOLD MANUFACTURING COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of ANNA DUNST. IRVING D. NEUSTEIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 811.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

VEE BEE SERVICE COMPANY v. HOUSEHOLD FINANCE CORPORATION et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 807.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LIBERTY PLACE HOLDING CORPORATION and LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of Lawyers Title and Guaranty Company, against WILLIAM S. MILLER, et al., Constituting the Board of Taxes and Assessments of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 762.] Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

SEIBERT GRANT et al. v. I. A. MANAGEMENT CORPORATION.— Motion for reargument denied, with ten dollars costs. [See *ante*, p. 355.] Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.